# Court of Appeals
# of the State of Georgia

ATLANTA,　August 30, 2012

*The Court of Appeals hereby passes the following order:*

**A13A0022.  INGRID WHITE v. PATTERSON REAL ESTATE GROUP.**

Patterson Real Estate Group filed a dispossessory action against Ingrid White in magistrate court.  The magistrate court entered a writ of possession, and White appealed.[1]  On June 11, 2012, the superior court entered an order requiring White to pay rent into the registry of the court.  White filed this appeal.

Because the superior court order at issue involves a de novo appeal from a magistrate court decision, White was required to follow the discretionary appeal procedures.  See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995).  Moreover, it appears that the merits of the dispossessory ruling remain pending below.  Thus, the court's order requiring payment of rent is not final and is subject to the interlocutory review procedure in OCGA § 5-6-34 (b).  See *Carter v. Landel/Arundel, Inc.*, 172 Ga. App. 115, 116 (3) (322 SE2d 108) (1984).  For these reasons, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.

---

[1] White appealed to the state court, but the appeal was transferred to superior court.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,* 08/30/2012
     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*